GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID P. PETERMANN
Assistant United States Attorney
Ohio State Bar No. 0071332
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.petermann@usdoj.gov
Attorneys for Plaintiff

FILED

2024 JUL 17 PM 12: 47

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
| Plaintiff, | **CR24-04442 TUC-JAS(LCK)** |
| vs. | **I N D I C T M E N T** |
| Joshua Bobby Branson, | VIOLATION: |
| | 18 U.S.C. §§ 922(a)(6) & 924(a)(2) (Making a False Statement in Acquisition of Firearms) Counts 1 and 2 |
| Defendant. | 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c); Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about October 12, 2022, in the District of Arizona, Defendant JOSHUA BOBBY BRANSON knowingly made a false statement and representation in connection with the acquisition of two firearms, to wit: (1) a Century Arms International, Model VSKA, 7.62x39mm semi-automatic rifle, bearing serial number SV7133477; and (2) a Century Arms International, Model VSKA, 7.62x39mm semi-automatic rifle, bearing serial number SV7132849, to Casa Grande Jewelry & Pawn, Inc., which was intended and likely to deceive the business as to a fact material to the lawfulness of the sale of the firearms by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter

44 of Title 18, United States Code, to be kept in the records of the listed business, in that Defendant JOSHUA BOBBY BRANSON stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual.

In violation of Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

## COUNT 2

On or about October 21, 2022, in the District of Arizona, Defendant JOSHUA BOBBY BRANSON knowingly made a false statement and representation in connection with the acquisition of two firearms, to wit: (1) a Century Arms International, Model VSKA, 7.62x39mm semi-automatic rifle, bearing serial number SV7132871; and (2) a Century Arms International, Model VSKA, 7.62x39mm semi-automatic rifle, bearing serial number SV7132857, to C-A-L Ranch Stores, which was intended and likely to deceive the business as to a fact material to the lawfulness of the sale of the firearms by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the listed business, in that Defendant JOSHUA BOBBY BRANSON stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual.

In violation of Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Count One and Count Two of this Indictment, the defendant, JOSHUA BOBBY BRANSON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: four (4) Century Arms International, Model VSKA, 7.62x39mm semi-automatic rifles bearing serial numbers SV7133477, SV7132849, SV7132871, and SV7132857.

///

*United States of America v. Joshua Bobby Branson*
*Indictment Page 2 of 3*

If the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: July 17, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
DAVID P. PETERMANN
Assistant U.S. Attorney

*United States of America v. Joshua Bobby Branson*
*Indictment Page 3 of 3*