TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DAVID P. PETERMANN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
E-mail: David.Petermann@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 24-4442-TUC-JAS (LCK) |
| Plaintiff, | |
| vs. | GOVERNMENT'S SENTENCING MEMORANDUM |
| Joshua Bobby Branson, | |
| Defendant. | |

Now comes the United States of America, by and through its undersigned attorneys, and hereby submits this Sentencing Memorandum for the Court's consideration at sentencing. The sentencing hearing is currently scheduled for July 9, 2025.

The government acknowledges Probation's initial calculations in the Pre-Sentence Report (PSR) regarding a total offense level of 19, a criminal history category I, and guideline provisions of 30 to 37 months imprisonment. Notwithstanding, this PSR determined guideline range the government negotiated a plea agreement without considering two additional firearm purchases under similar circumstances that are to de dismissed as part of the plea agreement. See USSG §2K2.1(b)(1)(B). The custody range based on the negotiated guideline calculation proposed in the plea agreement is 24 to 30 months with an agreement that the government should not seek a sentence greater than 24 months.

The PSR's recommendation is a term of imprisonment of 3 months which is well below the range of punishment contemplated by the advisory guidelines notwithstanding

the difference in calculated offense levels between the parties and the PSR.

**The Sentence**

The defendant will no doubt seek a term of probation as his sentence.  A term of probation in this case will demean the seriousness of this offense and will do little to deter others engaged or contemplating engaging in similar criminal behavior.  However, a term of imprisonment will send a strong and clear message that if you illegally purchase firearms in the District of Arizona, and they end up in crime scenes in Mexico, you will be sent to prison.

The PSR points to lack of a prior criminal record, a history of stable employment, to include being a former corrections officer, the instant offense being "out of character", present gainful employment, being the primary caretaker for his three daughters, and a good performance while on pretrial release as a basis for its recommendation of 3-months imprisonment to be followed by 3 years of supervised release.  Doc. 28 at 16-17.

The premise of this plea agreement with the defendant was that he made false statements in the connection of two firearm purchases.  The count alleging two additional firearms purchases based on false statements in the indictment is to be dismissed as part of the plea agreement.

A term of imprisonment of at least 12 months but not greater than 24 months imprisonment will provide adequate deterrence for the defendant as well as that portion of the public that may contemplate committing a similar crime.

Respectfully submitted this 1st day of July 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ David P. Petermann*

DAVID P. PETERMANN
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 1st day of July 2025, to:
Jim Smith, Esq.

- 2 -